UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD WALTER, | : |
| Plaintiff | : CIVIL ACTION NO. 3:23-cv-2166 |
| v. | : (JUDGE MANNION) |
| DAVID GAUVEY HERBERT and NEW YORK MAGAZINE, | : |
| Defendant | : |

## ORDER

Because Plaintiff has filed an Amended Complaint, (Doc. 18), **IT IS HEREBY ORDERED THAT** Defendants' motion to dismiss, **(Doc. 14)**, is **DENIED** without prejudice as moot.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: March 19, 2024**
23-2166-02