IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD WALTER<br><br>          Plaintiff,<br><br>v.<br><br>DAVID GAUVEY HERBERT and<br>NEW YORK MAGAZINE<br><br>          Defendants. | : : : : : : : : : : : | NO: 3:23-cv-02166-MEM<br><br>PLAINTIFF'S NOTICE<br>OF DISMISSAL |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, Richard Walter, by and through his counsel, The Beasley Firm, LLC, files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is Richard Walter; Defendants are David Gauvey Herbert and New York Magazine.

2. On December 30, 2023, Plaintiff filed suit against Defendants.

3. Defendants have been served with process and have not served an Answer or a Motion for Summary Judgment.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under 23.1, or an action related to an unincorporated association under Rule 23.2.

5. This case is not governed by a federal statute that requires a court order for dismissal of the case.

6. A receiver has not been appointed in this case.

7. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

**The Beasley Firm, LLC**
1125 Walnut Street
Philadelphia, PA  19107
215.592.1000
215.592.8360 (fax)
www.beasleyfirm.com

**1**
_____
**Walter v. Herbert, et al.**
**Plaintiff's notice of dismissal**

8. This dismissal is without prejudice.

                                       **THE BEASLEY FIRM, LLC**

                      BY:   **/s/ James E. Beasley Jr.**
                                    JAMES E. BEASLEY, JR.
                                    THE BEASLEY BUILDING
                                    1125 Walnut Street
                                    Philadelphia, PA 19107
                                    215.592.1000
                                    215.592.8360 (telefax)
Dated: 6 June 2024                 *Attorneys for Plaintiff*

**THE BEASLEY FIRM, LLC**
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

2

**WALTER V. HERBERT, ET AL.**
**PLAINTIFF'S NOTICE OF DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Plaintiff's Notice of Dismissal to be served upon the following counsel *via* the Court's electronic filing system:

>Kaitlin M. Gurney, Esquire
>Leslie Minora, Esquire
>**Ballard Spahr LLP**
>1735 Market Street, 51st Floor
>Philadelphia, PA  19103
>gurneyk@ballardspahr.com
>minoral@ballardspahr.com
>
>Chad R. Bowman (*pro hac vice*)
>1909 K Street NW, 12th Floor
>Washington, DC 20006
>Tel: (202) 508-1120
>bowmanc@ballardspahr.com
>
>Isabella Salomão Nascimento (*pro hac vice*)
>2000 IDS Center, 80 South 8th Street
>Minneapolis, MN 55402
>Tel: (612) 371-3281
>salomaonascimentoi@ballardspahr.com
>
>*Counsel for Defendants*

Dated: 6 June 2024

BY: **/s/ James E. Beasley Jr.**
JAMES E. BEASLEY, JR.
THE BEASLEY BUILDING
1125 Walnut Street
Philadelphia, PA 19107
215.592.1000
215.592.8360 (telefax)
*Attorneys for Plaintiff*

___

**WALTER V. HERBERT, ET AL.**
**CERTIFICATE OF SERVICE**

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM